UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARYOUSH JAVAHERI,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:24-cv-00860-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Time to File Amended Complaint. ECF No. 5.  In his Motion, Plaintiff states he was not aware of the Court's May 9, 2024 Order (ECF No. 4) until June 18, 2024 when he called the Clerk's Office.  ECF No. 5.  Under these circumstances the Court grants Plaintiff an additional thirty (30) days, through and including **July 25, 2024** to file his amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 5) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint is due **July 25, 2024**. Plaintiff's amended complaint must be complete in and of itself.  It must contain all the facts on which he bases his claims and must identify the constitutional wrongs engaged in by the Defendants identified.  The Court cannot refer to Plaintiff's original Complaint when it screens Plaintiff's amended complaint.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order will result in a recommendation to dismiss this action with prejudice.

Dated this 25th day of June, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1