# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARYOUSH JAVAHERI,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

Case No.: 2:24-cv-00860-GMN-EJY

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

      Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 17), from United States Magistrate Judge Elayna J. Youchah, which recommends that Plaintiff's case be dismissed in its entirety.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      No objections to the R&R were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 17) (setting a December 20, 2024, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 17), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's case is DISMISSED in its entirety without prejudice. The Clerk of Court is kindly directed to close the case.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED** as **MOOT**.

Dated this __23__ day of December, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court