UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYOUSH JAVAHERI.,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-00860-GMN-EJY<br><br>**ORDER STRIKING "ORDER ADOPTING REPORT AND RECOMMENDATION"** |

　　　On December 23, 2024, this Court issued an Order adopting in full Magistrate Judge Youchah's Report and Recommendation ("R&R") and dismissing this case without prejudice because the Court believed that Plaintiff Daryoush Javaheri had failed to oppose the R&R by the deadline of December 20, 2024.  However, the Court is now aware that Plaintiff did file an Objection, (ECF NO. 18), to the R&R by the deadline.  Accordingly, the Court **STRIKES** the Order Adopting the Report and Recommendation, (ECF No. 19).

　　　**IT IS HEREBY ORDERED** that the Court's Order Adopting Report and Recommendation, (ECF No. 19), is **STRICKEN**.  The Clerk of Court is kindly requested to re-open this case.

　　　**IT IS FURTHER ORDERED** that the Court shall withhold ruling on the Report and Recommendation until it is fully briefed.  The Clerk of Court is kindly instructed to place a "gavel" icon on ECF No. 17 so that the docket reflects it as a pending matter.

　　　Dated this   30   day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court