# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARYOUSH JAVAHERI,

          Plaintiff,

vs.

UNITED STATES OF AMERICA,

          Defendant.

Case No.: 2:24-cv-00860-GMN-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 23), from United States Magistrate Judge Elayna J. Youchah, which recommends that Plaintiff's Third Amended Complaint be dismissed without prejudice, but without leave to file further documents in this matter. Plaintiff filed an Objection, (ECF No. 24).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, Judge Youchah recommends dismissal because Plaintiff fails to meet his burden of

establishing that the Court has personal jurisdiction over Defendants.  Plaintiff seems to agree with Judge Youchah that the entirety of events described, and wrongdoing alleged occurred in California because he requests that the Court transfer venue to California "because of jurisdictional facts." (*See* Obj. at 4, ECF No. 24).  Plaintiff therefore only seems to object to Judge Youchah's recommendation that the matter be closed.  But Plaintiff fails to meet his burden of establishing the need to transfer this case to another venue.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 23), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Third Amended Complaint is **DISMISSED** without prejudice, and without leave to file further documents in this matter.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Transfer Case, (ECF No. 25), is **DENIED as MOOT**.

The Clerk of Court is kindly directed to close the case.

Dated this  16  day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court